UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
BALTIMORE DIVISION

------------------------------------------------------------x

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION,

               Plaintiff,

    v.

ERICKSON LIVING MANAGEMENT,
LLC,

               Defendant.

------------------------------------------------------------x

RECEIVED IN THE OFFICE OF
CATHERINE C. BLAKE

MAR 10 2020

UNITED STATES DISTRICT JUDGE

Civil Action No.: 1:19-cv-00585-CCB

## **CONSENT DECREE**

This action was instituted by Plaintiff, the Equal Employment Opportunity Commission (the "EEOC" or the "Commission"), against Defendant, Erickson Living Management, LLC ("Defendant" or "Erickson"), alleging that Defendant violated Section 102 of the Americans with Disabilities Act ("the ADA"), 42 U.S.C. § 12203(a) by discharging Charging Party Felecia West in retaliation for her opposing unlawful discrimination under the ADA.

The parties desire to resolve this action without the time and expense of continued litigation, and they desire to formulate a plan, to be embodied in a Decree, which will promote and effectuate the purposes of the ADA.

The Court has examined this Decree and finds that it is reasonable and just and in accordance with the Federal Rules of Civil Procedure and the ADA. Therefore, upon due consideration of the pleadings and the record as a whole, it is ORDERED, ADJUDGED AND DECREED:

## Scope of Decree

1. For purposes of this Decree, Defendant shall mean its managers, officers, agents, parent organizations, successors, purchasers, assigns, subsidiaries, affiliates, and any corporation or entity into which Defendant may merge or with which Defendant may consolidate. In the event that there is a transfer of ownership of Defendant during the Term of the Decree, Defendant shall provide prior written notice of the existence and contents of this Consent Decree to any potential purchaser of Defendant's business.

2. This Decree resolves all issues and claims in the Complaint filed by the Commission in this ADA action, which emanate from the Charge of Discrimination filed by Felecia West. This Decree in no way affects the Commission's right to process any other pending or future charges that may be filed against Defendant and to commence civil actions on any such pending or future charges as the Commission sees fit.

3. Defendant denies the claims of discrimination and any other wrongdoing alleged by the EEOC.

4. This Decree shall be in effect for a period of two (2) years from the date it is entered by the Court. During that time, this Court shall retain jurisdiction over this matter and the parties for purposes of enforcing compliance with the Decree, including issuing such orders as may be required to effectuate the purposes of the Decree.

5. This Decree, being entered with the consent of Plaintiff and Defendant, shall not constitute an adjudication or finding on the merits of the case.

## Relief to Felecia West

6. Within ten business days of entry of this Decree, Defendant shall pay Felecia West monetary relief in the total amount of $151,000.00, representing $100,000.00 in back pay with

interest, $50,000.00 in compensatory damages, and $1,000 in attorneys' fees. Defendant will issue West an IRS Form 1099 for the 2020 tax year for the compensatory damages and attorneys' fees amount and an IRS W-2 form for the 2020 tax year for the back pay amount. Defendant shall make all legally required withholdings from the back pay amount. The checks and IRS forms will be sent directly to West, and a photocopy of the checks and related correspondence will be mailed to the EEOC, Baltimore Field Office, 31 Hopkins Plaza, Suite 1432, Baltimore, Maryland 21201 (Attention: Supervisory Trial Attorney Maria Salacuse).

7. Within ten days of the entry of this Decree, Defendant shall provide West with a letter of reference on Erickson Living Management letterhead and signed by the Human Resources Director or equivalent, setting forth, at a minimum: West's dates of employment, her position, her work location, and a description of her principal duties and responsibilities. In response to any inquiry (whether written or oral) received by Defendant concerning West from a potential employer, headhunter, or other person inquiring about her employment history, Defendant will provide a neutral reference, including dates of employment and position, consistent with its policy. All requests shall be handled by Human Resources.

8. Defendant will not condition the receipt of individual relief upon agreement from West to waive her statutory right to file a charge with any federal or state antidiscrimination agency.

### Injunctive Relief

9. Defendant is enjoined from retaliating against individuals who oppose unlawful discrimination or file a charge, testify, or participate in an investigation regarding unlawful discrimination. Such discrimination violates the ADA, which is set forth below in part:

> No person shall discriminate against any individual because such individual has opposed any act or practice made unlawful ... or because such individual made a charge, testified, assisted, or participated in any manner in an investigation, proceeding, or hearing ...

42 U.S.C. §1203(a).

### ADA Training

10. Within three months from the entry of this Decree, Defendant will provide all supervisors, managers, and Human Resources personnel in Defendant's corporate offices with no fewer than one hour of live training on the requirements and prohibitions of the ADA. Participants may participate by webcast or other appropriate technological means, and if they cannot be present for the live training, they shall view a video of the training within 30 days thereafter. The ADA training shall be conducted by a qualified individual, approved by the EEOC, with experience with laws prohibiting employment discrimination, and shall cover all areas of prohibited ADA employment discrimination, including the prohibition of retaliation against individuals who oppose unlawful employment discrimination or have made a charge, testified, assisted, or participated in an investigation concerning unlawful employment discrimination. Attorneys with the law firm of Jackson Lewis P.C., including but not limited to Donald English, Esq. and Charles Kresslein, Esq., satisfy the foregoing qualifications. Defendant will maintain attendance records identifying the name and job title of the attendees at each session. Within ten days of the conclusion of the training, Defendant will forward a copy of the attendance records from the training session to the EEOC.

11. Within one year from the entry of this Decree, Defendant shall provide newly hired or promoted managers, supervisory personnel, and Human Resources personnel in its corporate offices with ADA training. The training will be conducted live or in DVD/video format. The content of the training shall be the same as that set forth in paragraph 10. Defendant will maintain

records identifying the name and job title of the employees who receive this training, the date on which they received the training, and the date on which they began their managerial, supervisory or Human Resources position with Defendant. Before the end of the one year period, Defendant will forward a copy of the attendance records of the training to the EEOC.

### Notice and Postings

12. Within ten business days of entry of this Decree, Defendant will post and cause to remain posted the posters required to be displayed in the workplace by Commission Regulations, 29 C.F.R. § 1601.30, in all places where notices to employees are customarily posted.

13. Within ten business days of entry of this Decree, Defendant will post the Notice ("Notice to Employees")—attached hereto as Exhibit A—in all places where notices to employees are customarily posted at its facilities. This Notice shall be posted and maintained for the duration of the Decree and shall be signed by a representative of Defendant with the date of actual posting shown thereon. Should the Notice become defaced, marred, or otherwise unreadable, Defendant will ensure that new readable copies of the Notice are posted in the same manner specified above. With its next report to the EEOC, Defendant shall forward to the Commission's Baltimore Field Office a copy of the signed Notice and written certification that the Notice has been posted, a statement of the posting location(s), and the date(s) of posting.

### Monitoring Provisions

14. On an annual basis during the period of this Decree, Defendant will prepare and submit to the Commission a list of all individuals in Defendant's corporate offices who have complained (internally to Defendant's Human Resources personnel or externally to a federal, state or local agency that enforces employment discrimination laws) of or reported any discrimination in employment on the basis of disability. This list will include each individual's name; nature of the

individual's complaint; name of the Human Resources individual who received the complaint or report; the date the complaint or report was received and a description of Defendant's actions taken in response to the complaint or report. If no individuals have complained of or reported any discrimination in employment on the basis of disability during that year, Defendant will so inform the Commission's Baltimore Field Office.

15.   In addition to the monitoring provisions set forth elsewhere in this Decree, EEOC may monitor compliance during the duration of this Decree by inspection of Defendant's premises and records, and by conducting interviews with employees at reasonable times. Upon five days' notice by the EEOC, Defendant will make available for inspection and copying any records requested by EEOC, facilities sought to be inspected by EEOC, and employees sought to be interviewed by EEOC.

16.   All materials required by this Decree that are sent to the EEOC shall be addressed to: Maria Salacuse, Supervisory Trial Attorney, Equal Employment Opportunity Commission, Baltimore Field Office. The materials shall be sent by electronic mail to maria.salacuse@eeoc.gov.

17.   If at any time during the term of this Decree, the Commission believes that Defendant is in violation of the Decree in any respect, the Commission shall give notice of the alleged violation to Defendant and work with Defendant in good faith to come in to compliance. Defendant shall have twenty (20) business days in which to investigate and respond to the allegations. Thereafter, the parties shall then have a period of twenty (20) business days or such additional period as may be agreed upon by them, in which to engage in negotiation in good faith regarding such allegations. If the Defendant has not remedied the alleged non-compliance or satisfied the EEOC that it has complied, the EEOC may thereafter apply to the Court for appropriate relief.

18. The Commission and Defendant shall bear their own costs and attorneys' fees.

19. The undersigned counsel of record in the above-captioned action hereby consent, on behalf of their respective clients, to the entry of the foregoing Consent Decree.

Respectfully submitted.

FOR PLAINTIFF:

/s/ Debra M. Lawrence
Debra M. Lawrence
Regional Attorney

/s/ Maria Salacuse
Maria Salacuse
Supervisory Trial Attorney

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
Baltimore Field Office
31 Hopkins Plaza, Suite 1432
Baltimore, Maryland 21201
Phone: (410) 209-2791
Email: maria.salacuse@eeoc.gov

Counsel for Plaintiff and Equal Employment Opportunity Commission

FOR DEFENDANT:

/s/ Donald E. English
Donald E. English, Jr.
(Signed by Maria Salacuse with permission of Donald E. English, Jr.)
Charles J. Kresslein
Jackson Lewis P.C.
2800 Quarry Lake Drive, Suite 200
Baltimore, Maryland 21209
Phone: 410-415-2007
Email: donald.english@jacksonlewis.com
Email: charles.kresslein@jacksonlewis.com

Counsel for Defendant Erickson Living Management, LLC

SO ORDERED.

Signed and entered this 11th day of March, 2020.

_____
Hon. Catherine C. Blake
United States District Judge



# NOTICE TO EMPLOYEES POSTED PURSUANT TO A CONSENT DECREE BETWEEN THE EEOC AND ERICKSON LIVING MANGEMENT LLC.

Erickson Living Management LLC is fully committed to maintaining a workplace in which all applicants and employees are free from illegal discrimination, including discrimination based on disability. This commitment is recognized by Erickson Living Management's policies and required by federal law. The Americans with Disabilities Act (ADA), as amended by the Americans with Disabilities Amendments Act of 2008, makes it unlawful for an employer to discriminate against any qualified individual because of a disability.

Under the ADA, the term "discriminate" includes not making reasonable accommodations to the known physical or mental limitations of an otherwise qualified individual with a disability.

The term "reasonable accommodation" may include: granting employees reasonable amounts of unpaid medical leave; making existing facilities used by employees readily accessible to and usable by individuals with disabilities; and job restructuring, part-time or modified work schedules, reassignment to a vacant position, acquisition or modification of equipment or devices, and other similar accommodations. In accordance with the applicable law:

**Erickson Living Management LLC WILL conduct its hiring and employment practices without regard to the disability of an applicant or employee and ensure that all applicants and employees with disabilities are provided reasonable accommodations when required by the ADA.**

**Erickson Living Management LLC WILL NOT engage in any acts or practices made unlawful by the ADA, including retaliation against one who exercises his or her rights under the ADA.**

Employees or job applicants should report instances of discriminatory treatment to a supervisor, manager, or human resources [phone number]. Erickson Living Management LLC has established policies and procedures to promptly investigate any such reports and to protect the reporter from retaliation.

Individuals may also make complaints of employment discrimination directly to the EEOC's Baltimore Field Office at 31 Hopkins Plaza, Suite 1432, Baltimore, Maryland 21201, or by calling 1-800-669-4000. General information is also available at www.eeoc.gov.

_____
[Name, Title], Erickson Living Management LLC
Date Posted: